```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        MAR 04 2020
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR ASHLEY PARKER-DIPEPPE,<br><br>Defendant. | NO. CR20-032 JCC<br><br>ORDER CONTINUING<br>TEMPORARY DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of release be continued as previously set.

DATED this 4th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
TEMPORARY DETENTION