## *United States of America v. Kaleb Cole*
## CR20-32-2 JCC
## Trial Witness List

| Name | Date(s) Testified |
| --- | --- |
| Hilary Bernstein | 9/28/2021 |
| Mala Blomquist | 9/28/2021 |
| Miri Cypers | 9/27/2021 |
| BOP Senior Correctional Officer Jerrold DeRoche | 9/28/2021 |
| FBI Special Agent Steven Haughton | 9/28/2021 |
| Christopher Ingalls | 9/27/2021 |
| John Powers | 9/28/2021 |
| David Rosenbaum | 9/27/2021 |
| Veronica Rudie | 9/28/2021 |
| FBI Special Agent Kate Murphy | |
| FBI Special Agent Jayme Poteet | 9/28/2021 |
| FBI Special Agent Steven Thames | |
| FBI Undercover Officer | 9/27/2021, 9/28/2021 |
| Confidential Human Source | 9/28/2021 |
| | |