THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C20-0032-JCC-2 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KALEB COLE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's emergency motion opposing the withdrawal of counsel (Dkt. No. 285). The motion is improper. To the extent Defendant seeks to challenge the withdrawal of appellate counsel, he must direct his request to the Ninth Circuit Court of Appeals. Although this Court suggests that Defendant review Ninth Circuit Rule 4-1(e) before doing so.

DATED this 20th day of July 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C20-0032-JCC-2
PAGE - 1